THE HONORABLE ROBERT S. LASNIK

03-CV-02953-CLM



FEB 12 2004

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WIZARDS OF THE COAST, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE POKEMON COMPANY, a Japanese corporation; POKEMON USA, INC., a Delaware corporation; NINTENDO OF AMERICA, INC., a Washington corporation; RICHARD ARONS, an individual; and RENE FLORES, an individual,<br><br>                    Defendants. | No. C03-2953L<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

All parties to this action, by and through their respective counsel, stipulate and agree as follows:

1. Defendants' Motion To Amend Or Alter Judgment may be denied as moot.

2. This Stipulation and Order of Dismissal will supersede any and all prior Orders of Dismissal entered in this action.

3. The present action is dismissed with prejudice as to Nintendo of America Inc.

4. As to the other parties, the action is dismissed with prejudice, with the exception that if there is a breach of paragraph 14 of the Settlement Agreement entered into by the parties on December 22, 2003, and all the conditions of that paragraph are met, any

STIPULATION AND ORDER OF DISMISSAL - 1

Case No. C03-2953L
119153.0003/1082226.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

party except Nintendo of America Inc. may initiate or participate in litigation of any claim previously released to the extent permitted by the Settlement Agreement, provided that such claim will not be brought by, for or against Nintendo of America Inc.

5. Each party shall bear its own costs and attorneys' fees.

DATED this 10th day of February, 2004.

LANE POWELL SPEARS LUBERSKY LLP

By _____
Gwendolyn C. Payton, WSBA No. 26752
Attorneys for Plaintiff Wizards of the Coast, Inc.

VANDEBERG JOHNSON & GANDARA

By _____  *per telephonic and fax authority*
Daniel Gandara, WSBA No. 8635
Attorneys for Defendants
Pokémon USA, Inc. Nintendo of
America, Inc., Richard Arons,
and René Flores

## ORDER

The parties having stipulated for dismissal of the above-entitled matter; and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED that

1. Defendants' Motion To Amend Or Alter Judgment is denied as moot.

2. The present Stipulation and Order of Dismissal supersedes any and all prior Orders of Dismissal entered in this action.

3. The present action is dismissed with prejudice as to Nintendo of America Inc.

4. As to the other parties, the action is dismissed with prejudice, with the exception that if there is a breach of paragraph 14 of the Settlement Agreement entered into by the parties on December 22, 2003, and all the conditions of that paragraph are met, any party except Nintendo of America Inc. may initiate or participate in litigation of any claim

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. C03-2953L
119153.0003/1082226.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

previously released to the extent permitted by the Settlement Agreement, provided that such claim will not be brought by, for or against Nintendo of America Inc.

5. Each party shall bear its own costs and attorneys' fees.

DONE IN OPEN COURT on **Feb. 12, 2004**.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

LANE POWELL SPEARS LUBERSKY LLP

By _____
Gwendolyn C. Payton, WSBA No. 26752
Attorneys for Plaintiff Wizards of the Coast, Inc.

Copy Received; Approved as to Form;
Notice of Presentation Waived:

VANDEBERG JOHNSON & GANDARA

By _____ *per telephone and fax authority*
Daniel Gandara, WSBA No. 8635
Attorneys for Defendants Pokémon USA, Inc.,
Nintendo of America, Inc., Richard Arons and
René Flores

STIPULATION AND ORDER OF DISMISSAL - 3

Case No. C03-2953L
119153.0003/1082226.1